Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., *Plaintiff* <br><br> v. <br><br> A253481482, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9895 (VEC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants a253481482, Aspireagent, aspirebuy, aspiresale, cheapezy, ecigarette_, ghost_rider, hotsaleoutlet, ihealth, Indio, qianhj and sakoyvaping in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 19, 2019                    Respectfully submitted,

                                            EPSTEIN DRANGEL LLP

                                    BY:     _____
                                            Brieanne Scully (BS 3711)
                                            bscully@ipcounselors.com
                                            EPSTEIN DRANGEL LLP
                                            60 East 42nd Street, Suite 2520
                                            New York, NY 10165
                                            Telephone:    (212) 292-5390
                                            Facsimile:    (212) 292-5391
                                            *Attorneys for Plaintiff*
                                            *Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                            _____
                                            Judge Valerie E. Caproni
                                            United States District Judge


SO ORDERED.

*[signature]*
11/20/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2