Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN SMOORE TECHNOLOGY
LTD.,
*Plaintiff*

v.

A253481482, *et al*,
*Defendants*

CIVIL ACTION No.
**19-cv-9895 (VEC)**

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen
Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of
dismissal of all claims against Defendants beijing-2008, china-dvd, cycsupply, ecoming, lcars,
ihappyu, Jessup, like2018, myghd, player, solars and trumen in the above-captioned action, with
prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: January 17, 2020

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on __January 17__ ___, 2020.

_____
Judge Valerie E. Caproni
United States District Judge

2