Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN SMOORE TECHNOLOGY LTD.,
*Plaintiff*

v.

A253481482, *et al*,
*Defendants*

CIVIL ACTION No.
19-cv-9895 (VEC)

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants chenlin1227 and chinabuyecigs and cosywell in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 10, 2020                               Respectfully submitted,

                                                    **EPSTEIN DRANGEL LLP**

                                               BY: _____
                                                    Brieanne Scully (BS 3711)
                                                    bscully@ipcounselors.com
                                                    EPSTEIN DRANGEL LLP
                                                    60 East 42nd Street, Suite 2520
                                                    New York, NY 10165
                                                    Telephone:    (212) 292-5390
                                                    Facsimile:    (212) 292-5391
                                                    *Attorneys for Plaintiff*
                                                    *Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on __March 11__ ___, 2020.

                                        _____
                                        Judge Valerie E. Caproni
                                        United States District Judge

2