Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., *Plaintiff* <br><br> v. <br><br> A253481482, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9895 (VEC)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant electronicsbest in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: March 18, 2020					Respectfully submitted,

**EPSTEIN DRANGEL LLP**

          BY:    /s/ Brieanne Scully\_\_\_\_\_
                Brieanne Scully (BS 3711)
                bscully@ipcounselors.com
                EPSTEIN DRANGEL LLP
                60 East 42nd Street, Suite 2520
                New York, NY 10165
                Telephone:	(212) 292-5390
                Facsimile:	(212) 292-5391
                *Attorneys for Plaintiff*
                *Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on  \_\_\_March 19\_\_ \_\_\_, 2020.

                                                  _____
                                                  Judge Valerie E. Caproni
                                                  United States District Judge