Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., <br> *Plaintiff* <br><br> v. <br><br> A253481482, *et al*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9895 (VEC)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Smart3c_china in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

2

Dated: March 26, 2020                                   Respectfully submitted,

                                                         **EPSTEIN DRANGEL LLP**


                                              BY:    _/s/ Brieanne Scully_
                                                     Brieanne Scully (BS 3711)
                                                     bscully@ipcounselors.com
                                                     EPSTEIN DRANGEL LLP
                                                     60 East 42nd Street, Suite 2520
                                                     New York, NY 10165
                                                     Telephone:    (212) 292-5390
                                                     Facsimile:    (212) 292-5391
                                                     *Attorneys for Plaintiff*
                                                     *Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on ___March 30___ ___, 2020.

                                              _____
                                              Judge Valerie E. Caproni
                                              United States District Judge