**MEMO ENDORSED**

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN SMOORE TECHNOLOGY LTD., <br> *Plaintiff* <br><br> v. <br><br> A253481482, *et al*, <br> *Defendants* | **CIVIL ACTION No.** <br> **19-cv-9895 (VEC)** |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Smoore Technology Ltd. ("Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants ecty, emaker and life_styles in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: April 27, 2020	Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  \_\_/s/ Brieanne Scully\_\_\_\_\_
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:	(212) 292-5390
Facsimile:	(212) 292-5391
*Attorneys for Plaintiff*
*Shenzhen Smoore Technology Ltd.*

**It is so ORDERED.**

Signed at New York, NY on \_\_April 28\_\_\_\_ \_\_\_, 2020.

_____
Judge Valerie E. Caproni
United States District Judge

2