```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHENZHEN SMOORE TECHNOLOGY LTD.,            :
                                             :
                          Plaintiff,         :
                                             :
            -against-                        :         19-CV-9895 (VEC)
                                             :
                                             :         ORDER
A253481482 et al.,                           :
                                             :
                                             :
                          Defendants.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 4, 2019 (Dkt. 4), the Court entered a preliminary injunction (the "PI Order") against Defendants;

WHEREAS Plaintiff has certified that Defendants have been served with the Complaint, PI Order, and a summons (Dkts. 17, 18), except Defendants aspireagent, aspirebuy, aspiresale, hotsaleoutlet and ihealth, but no Defendant has appeared in this action; and

WHEREAS Plaintiff has voluntarily dismissed this action against Defendants aspireagent, aspirebuy, aspiresale, hotsaleoutlet and ihealth, among other Defendants;

IT IS HEREBY ORDERED that Plaintiff must move for default judgments against each remaining Defendant no later than **June 9, 2019**. Plaintiff must submit separate proposed judgments for each remaining Defendant and must comply with this Court's Individual Practices in Civil Cases, Attachment A.

**SO ORDERED.**

Date: May 18, 2020
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**